## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  September 30, 2013

Mr. Eric C. Deters
Law Office
5427 Madison Pike
Independence, KY 41051-0000

Mr. David S. Gingras
Law Office
4802 E. Ray Road
Suite 23-271
Phoenix, AZ 85044

Ms. Alexis B. Mattingly
Huddleston Bolen
P.O. Box 2185
Huntington, WV 25722

Mr. Alexander C. Ward
Huddleston Bolen
P.O. Box 770
Ashland, KY 41105

Re: Case No. 13-5946, *Sarah Jones v. Dirty World Entertainment, et al*
Originating Case No. : 2:09-cv-00219

Dear Counsel,

   The briefing schedule for this case is listed below.  The briefs must be filed electronically with the Clerk's office no later than these dates.  If the appellant's principal brief is filed late, the case is at risk of being dismissed for want of prosecution.

   Citations in your brief to the lower court record must include (i) a **brief** description of the document, (ii) the record entry number and (iii) the "**Page ID** #" for the relevant pages. Consult 6 Cir. R. 28(a)(1) for additional information.

| | |
|---|---|
| Appellant's Principal Brief<br>Appendix (if required by 6th | Filed electronically by **November 12, 2013** |

    Cir. R. 30(a) and (c))

| | |
|---|---|
| Appellee's Principal Brief Appendix (if required by 6th Cir. R. 30(a) and (c)) | Filed electronically by **December 16, 2013** |
| Appellant's Reply Brief (Optional Brief) | Filed electronically **17** days after the appellee's brief is filed. See Fed. R. App. P. 26(c) |

    For most appeals, the Court will access directly the electronic record in the district court. However, to determine if this appeal requires an appendix and how to prepare it, read the latest version of the Sixth Circuit Rules at www.ca6.uscourts.gov, in particular Rules 28 and 30.

    A party desiring oral argument must include a statement <u>in the brief</u> setting forth the reason(s) why oral argument should be heard. *See* 6 Cir. R. 34(a). If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

    In scheduling appeals for oral argument, the court will do what it can to avoid any dates which counsel have called to its attention as presenting a conflict. If you have any such dates, you should address a letter to the Clerk advising of the conflicted dates.

                                         Sincerely yours,

                                           s/Cheryl Borkowski
                                           Case Manager
                                           Direct Dial No. 513-564-7035

Enclosure

**CHECKLIST FOR BRIEFS**

ECF FUNDAMENTALS:

- ___  Briefs filed ECF unless filer is pro se or attorney with a waiver for ECF filings
- ___  PDF format required
- ___  Native PDF format strongly preferred
- ___  In consolidated cases (excluding cross-appeals), appellants should **un-check** the case number(s) that is/are not their case. The appellant's brief should appear only on the docket of his/her specific appeal.
- ___  Parties who have joined in a notice of appeal shall file a single brief. Fed. R. App. P. 3(b)(1).

COVER OF BRIEF (Fed. R. App. P. 32(a)(2)):

- ___  Sixth Circuit case number
- ___  Heading: "United States Court of Appeals for the Sixth Circuit"
- ___  Title of case
- ___  Nature of proceeding and name of court, agency or board below
- ___  Title of brief (example "Appellant's Brief")
- ___  Name(s) and address(es) of counsel filing the brief

CONTENTS (Fed. R. App. P. 28, 6 Cir. R. 28):

- ___  Corporate Disclosure Form
- ___  Table of Contents
- ___  Table of Authorities with page references (with cases alphabetically arranged, statutes and other authorities)
- ___  **Statement in support of oral argument** (if there is no statement, argument is waived)

***Page limitation, word or line count begins here. See Fed. R. App. P. 32(a)(7)

- ___  Jurisdictional statement
- ___  Statement of issues
- ___  Statement of the case
- ___  Statement of facts **with references to record** (and appendix for any relevant pleadings not available ECF)

> In an appeal from district court, briefs must cite to Page ID # range from header or footer of pages from original record being referenced, with short title and record entry number. Keep references **succinct**. For other appeals, see 6 Cir. R. 28 for information on how to reference appendices or administrative records. Examples:
>
> Motion for Summary Judgment, RE 24, Page ID # 120-145
> Transcript, RE 53, Page ID # 675-682
> Plea Agreement, R. 44, Page ID # 220-225
> A.R., RE 5, Page ID # 190-191, pp. 69-70

___ Summary of argument

___ Argument **with references to record and citations to case law, statutes and other authorities**. The preferred format is that references and citations appear in the body of the text and not in footnotes.

___ Standard of review (for each issue which may appear in discussion of each issue or under separate heading placed before discussion of issues)

___ Signed conclusion
    Signature format is: s/(attorney's name)
    Graphic or other electronic signatures discouraged
***Page limitation, word or line count ends here

___ A Certificate of Compliance as required by Fed. R. App. P. 32(a)(7)(C)

___ Dated Certificate of Service

___ **Designation of Relevant District Court Documents with Page ID # range**

___ Other Addendum contents allowed by Fed. R. App. P. 28(f) or 6 Cir. R. 28(b). Addendum may **not** contain any items from lower court record or appendix.

TYPEFACE AND LENGTH (See Fed. R. App. 32(a)(5) and (a)(7):

___ Typeface either proportionally-spaced font at 14 point (such as CG Times or Times New Roman) or monospaced font at 12 point (such as Courier New)

Times New Roman at 14 point   `Courier New at 12 point`

___ Length for principal briefs: 30 pages OR up to 14,000 words (proportional fonts) OR up to 1300 lines (monospaced font)

___ Length for reply brief: 15 pages OR up to 7,000 words (proportional fonts) OR up to 650 lines (monospaced font)

___ Briefs using the 14,000 word or 1300 line limits <u>must</u> include word or line count in certificate of compliance (see Fed. R. App. P. 32(a)(7)(C)).

___ Headings, footnote and quotations count toward word or line limitations

___ For Death Penalty briefs, see 6 Cir. R. 32(b)(2)

___ For Cross-Appeals, see Fed. R. App. P. 28.1

___ For Amicus briefs, see Fed. R. App. P. 29 and 32

MISCELLANEOUS:

___ Personal information must be redacted from the brief - see Fed. R. App. P. 25(a)(5) for specifics. When filing a brief, the ECF system will require attorneys to verify that personal information has been redacted.

___ Footnotes must be same sized text as body of brief.