UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit
Case No.: __13-5946__

Case Name: __Sarah Jones__ vs. __Dirty World Entertainment, et al__

Client's or
Clients' Name(s): (List all clients on this form, do not file a separate appearance form for each client.)

Opinion Corp.

☐ Appellant   ☐ Petitioner   ☑ Amicus Curiae   ☐ Criminal Justice Act
☐ Appellee    ☐ Respondent   ☐ Intervenor                 (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. Check if you are lead counsel. ☑

Name: __Marc J. Randazza__   Admitted: __07/30/2013__
(Sixth Circuit admission date only)

Signature: __/s/ Marc J. Randazza__
Firm Name: __Randazza Legal Group__
Business Address: __3625 S. Town Center Drive__
Suite: __150__   City/State/Zip: __Las Vegas, NV 89135__
Telephone Number (Area Code): __(702) 420-2001__
Email Address: __mjr@randazza.com and ecf@randazza.com__

**CERTIFICATE OF SERVICE**

I certify that on __November 20, 2013__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

/s/ [signature]